

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00439-CR

| | | |
|---|---|---|
| JUAN MANUEL HERRERA, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1510492D) |
| v. | § | August 26, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
 Justice Dana Womack